UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-265-GW-RAOx | Date | November 2, 2022 |
|---|---|---|---|
| Title | *Daedalus Blue LLC v. DJI Technology, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

The Court has received the parties Joint Status Report (ECF No. 40) wherein they indicate that they have resolved the matter and will be filing a dismissal shortly. Based thereon, the November 3, 2022 status conference is taken off-calendar and an Order to Show Cause re Settlement is set for November 17, 2022 at 8:30 a.m. No one need attend the OSC if a dismissal is filed with the Court by November 15.

:

Initials of Preparer   JG