JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAEDALUS BLUE, LLC, | Case No.  CV 22-265-GW-RAOx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| DJI TECHNOLOGY, INC., et al., | |
| Defendants. | |

Based upon the Notice of Dismissal filed on November 3, 2022 [42], it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: November 7, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE